■ SIGNE KNIBESTOL, Individually and as Administratrix of the Estate of SVERRE KNIBESTOL, Deceased, Respondent, v. LENA PEREZ, as Administratrix of the Estate of RITA PEREZ, Deceased, Defendant, and BROOKHATTAN UTILITIES, INC., et al., Appellants.— In an action to recover damages for wrongful death and conscious pain and suffering, defendants Brookhattan Utilities, Inc., and Anthony Dachille appeal, as limited by their brief, from so much of an order of the Supreme Court, Richmond County, dated March 8, 1971, as, on reargument, adhered to the original decision directing that said defendants furnish plaintiff with a supplemental bill of particulars. Order affirmed insofar as appealed from, with $10 costs and disbursements. If appellants are not in possession of the particulars sought, they may so state; and they may likewise state that they intend to rely upon the proof adduced by plaintiff's witnesses on the issues of contributory negligence (*Dunson* v. *Kirtland*, 235 App. Div. 854; *Heddy* v. *Dairymen's League Co-op. Assn.*, 242 App. Div. 687; *Anton* v. *Boal*, 270 App. Div. 1035; *Pascale* v. *City of New York*, 277 App. Div. 1004). Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.

■ JEANETTE KULICK, Respondent, v. WILLIAM KULICK, Appellant.— In an action for divorce, defendant appeals from an order of the Supreme Court, Nassau County, dated April 22, 1971, which awarded plaintiff $1,000 as a counsel fee and $75.62 for expenses in opposing an appeal by defendant from the judgment of divorce which was entered October 26, 1970. Order modified, on the facts, by reducing the award for a counsel fee to $500. As so modified, order affirmed, without costs. In our opinion, the award was excessive to the extent indicated herein. Rabin, P. J., Hopkins, Munder, Latham and Christ, JJ., concur.